FANNY LAZOFF v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

IRENE BREUCHAUD and Another v. BANK OF NEW YORK AND TRUST COMPANY. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANNA DEXT, as Administratrix, etc., of HELEN DEXT, Deceased, v. HAMILTON CARR, MICHAEL FAVALARO and THE CITY OF NEW YORK. MARGARET GORMLEY, as Administratrix, etc., of THOMAS GORMLEY, Deceased, v. HAMILTON CARR, MICHAEL FAVALARO and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

AMERICAN SURETY COMPANY OF NEW YORK v. THOMAS FOWLER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

GRACE W. VALENTINE v. IRA HAUPT and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

GENE MCCANN v. RICHARD WHITNEY, as President of the NEW YORK STOCK EXCHANGE, an Unincorporated Association, etc., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of INTERNATIONAL MATCH CORPORATION, v. IRENE CATLIN ALLEN and Others and DONALD DURANT and Others.— Motions for leave to appeal to the Court of Appeals granted; questions certified. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [See 244 App. Div. 788.]

STANLEY F. RAY, SR., v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY. — Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Proving the Last Will and Testament of MABEL T. SULLIVAN, Deceased, as a Will of Real and Personal Property.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ETHEL BUTTERWORTH, Also Known as Mrs. CHARLES BUTTERWORTH, v. THE HOME INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J. Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of ANNA FRIED v. HENRY FRIED.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.